IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
**For the Northern District of California**

AMCO INS. CO.,

               Plaintiff,

  v.

U.S. POSTAL SERVICE,

               Defendant.
_____/

No. C 09-00414 SI

**PRETRIAL PREPARATION ORDER**

      It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>August 14, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 2, 2009.</u>

DESIGNATION OF EXPERTS: <u>12/7/09</u>; REBUTTAL: <u>1/8/10</u>.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>January 29, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>October 16, 2009</u>;

      Opp. Due <u>October 30, 2009</u>;  Reply Due <u>November 6, 2009</u>;

     and set for hearing no later than <u>November 20, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>March 9,2010</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>March 22, 2010</u> at <u>8:30 AM.</u>,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>1</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                              *Susan Illston*
                          _____
                          SUSAN ILLSTON
                          United States District Judge