JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney
SARA WINSLOW (DCBN 457643)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6730 (Proctor)
                       (415) 436-6925 (Winslow)
    FAX: (415) 436-7169
    melanie.proctor@usdoj.gov
    sara.winslow@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMCO INSURANCE COMPANY, | ) | No. C 09-0414 SI |
|     Plaintiff, | ) ) | **STIPULATION TO EXTEND FACT DISCOVERY CUT-OFF BY ONE WEEK; PROPOSED ORDER** |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
|     Defendant. | ) ) | |

    Plaintiff AMCO Insurance Company and Defendant, the United States of America, through their undersigned counsel of record, hereby stipulate and request that the Court enlarge by one week, until October 9, 2009, the deadline for taking fact discovery in this case.

    1. The Court has set a fact discovery cut-off of October 2, 2009. Each party intends to take one deposition in this traffic accident case. Plaintiff intends to depose Defendant's driver, and Defendant intends to depose Plaintiff's insured driver. The depositions were scheduled for October 1, 2009, a date that was previously agreeable to both witnesses and both parties' attorneys. However, Plaintiff's insured driver contacted defense counsel on September 21, 2009 to state that he is now unavailable on October 1 due to travel. The witness is available for deposition the following week, and the parties are both agreeable to postponing the deposition by

STIP TO EXTEND DISCOVERY CUT-OFF
No. C 09-0414 SI

1. one week. However, such postponement would put the deposition beyond the Court-ordered fact discovery cut-off. The parties therefore seek a one-week extension of the cut-off, until and including October 9, 2009, in order to accommodate the witness' schedule.

2. The requested extension will not affect any other items on the Court's schedule. The deadline for filing dispositive motions is October 16, 2009, but the parties do not anticipate filing dispositive motions. A settlement conference with Magistrate Judge James is scheduled for October 21, 2009; a one-week delay of the deposition will not affect the parties' preparedness for the settlement conference. The expert discovery cut-off is not until January 29, 2010, and trial is not scheduled until March 22, 2010.

IT IS SO STIPULATED.

Dated: September 22, 2009            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

   /s/ signature on file
SARA WINSLOW
MELANIE L. PROCTOR
Assistant United States Attorneys
Attorneys for Defendant

Dated: September 22, 2009            LAW OFFICES OF GOATES & McCARTHY

   /s/ signature on file
ROBERT J. HARKER
Attorneys for Plaintiff

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the fact discovery cut-off in this action is extended to October 9, 2009.

IT IS SO ORDERED.

Dated: _____            _____
                                     THE HONORABLE SUSAL ILLSTON
                                     United States District Court Judge