1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Assistant United States Attorney

4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6730
6      FAX: (415) 436-7169
       Melanie.Proctor@usdoj.gov
7
   Attorneys for Defendant
8  United States Postal Service

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12  AMCO INSURANCE COMPANY,           )   No. C 09-0414 SI
                                      )
13              Plaintiff,            )   STIPULATION AND AGREEMENT OF
                                      )   COMPROMISE AND [PROPOSED]
14       v.                           )   ORDER
                                      )
15  UNITED STATES POSTAL SERVICE, and )
    DOES 1 through 10, inclusive,     )
16                                    )
                Defendants.           )
17  _____ )

18  IT IS HEREBY STIPULATED AND AGREED by and between plaintiff AMCO INSURANCE

19  COMPANY and defendant UNITED STATES POSTAL SERVICE, (hereinafter the "Federal

20  Defendant"), by and through their undersigned counsel, as follows:

21       1.    The parties do hereby agree to settle, compromise and dismiss the above-captioned

22  action ("This Action") under the terms and conditions set forth herein.

23       2.    The Federal Defendant agrees to pay the sum of Four hundred seventy-five dollars

24  and no cents ($475.00) to plaintiff under the terms and conditions set forth herein.

25       3.    The plaintiff and its heirs, executors, administrators, assigns and attorneys hereby

26  agree to accept the sum of Four hundred seventy-five dollars and no cents ($475.00) , in full and

27  final settlement and satisfaction of the claims raised in This Action under the terms and conditions

28  set forth herein.

STIPULATION AND AGREEMENT FOR COMPROMISE AND SETTLEMENT
C 09-0414 SI

4.      It is also agreed, by and among the parties, that the settlement amount of Four hundred seventy-five dollars and no cents ($475.00) represents the entire amount payable to plaintiff and its heirs, executors, administrators, assigns and attorneys.

5.      It is also agreed, by and among the parties, that the settlement amount of Four hundred seventy-five dollars and no cents ($475.00) shall be made payable to plaintiff AMCO Insurance Company. The check will be mailed to the plaintiff's attorney at the following address: Robert J. Harker, Law Offices of Goates & McCarthy, 1201 Dove Street, Ste. 300, Newport Beach, California 92660.

6.      It is also agreed by and among the parties that neither plaintiff nor any of its attorneys may make any claim for attorney's fees or other costs against the Federal Defendant, the United States, their agents, servants, or employees.

7.      In consideration of the payment of Four hundred seventy-five dollars and no cents ($475.00) as set forth above, the plaintiff agrees that it will immediately upon execution of this agreement, execute a Stipulation of Dismissal, which stipulation shall dismiss, with prejudice, all claims asserted in This Action or any claims that could have been asserted in This Action, which is captioned *AMCO Insurance Co. v. United States Postal Service, et al.*, U.S. District Court Northern District of California Case No. C-09-0414 SI.

8.      In consideration of the payment of Four hundred seventy-five dollars and no cents ($475.00) as set forth above, the plaintiff hereby releases and forever discharges the Federal Defendant and any and all of its past and present officials, directors, employees, agents, attorneys, successors, and assigns from any and all obligations, damages, liabilities, causes of actions, claims, and demands of any kind and nature whatsoever, which have been or could have been raised in the complaint in this action, whether suspected or unsuspected, arising in law or equity, arising from or by reason of any and all known, unknown, foreseen, or unforeseen injuries, and the consequences thereof, resulting from the facts, circumstances and subject matter that gave rise to This Action, including all alleged violations of the Federal Tort Claims Act asserted by plaintiff in each and every administrative complaint filed by plaintiff related to the events that allegedly took place on May 11, 2006 in San Rafael, California as described in plaintiff's Complaint or any and all claims

STIPULATION AND AGREEMENT FOR COMPROMISE AND SETTLEMENT
C 09-0414 SI                                                2

1   that could have been asserted in the administrative complaint against the Federal Defendants.

2        9.     The provisions of California Civil Code Section 1542 are set forth below:

3        A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must
4   have materially affected his settlement with the debtor. The plaintiff having been apprised of the statutory language of Civil Code Section 1542 by his attorneys, and fully
5   understanding the same, nevertheless elects to waive the benefits of any and all rights he may have pursuant to the provision of that statute and any similar provision of federal law.
6   The plaintiff understands that if the facts concerning the plaintiff's injury and the liability of the Federal Defendants, or its directors, officers, agents, servants, or employees, for
7   damages pertaining thereto are found hereafter to be other than or different from the facts now believed by him to be true, this agreement shall be and remain effective notwithstanding
8   such material difference.

9        10.     The parties acknowledge that neither this agreement nor anything contained herein

10   shall constitute an admission of liability or fault on the part of the Federal Defendant, or its directors,

11   officers, agents, servants, or employees. This agreement is entered into by the parties for the

12   purpose of compromising disputed claims, avoiding the expenses and risks of litigation, and buying

13   peace.

14        11.     This agreement may be pled as a full and complete defense to any action or other

15   proceeding, including any local, state or federal administrative action, involving any person or party

16   which arises out of the claims released and discharged by this agreement.

17        12.     If any withholding or income tax liability is imposed upon plaintiff based on payment

18   of the settlement sum as set forth herein, plaintiff shall be solely responsible for paying any such

19   liability. Plaintiff, and its attorneys, will indemnify and hold harmless the Federal Defendant from

20   any liability the Federal Defendant may incur from any government agency arising out of any failure

21   by plaintiff to pay any tax liability he might be responsible for from any government agency.

22        13.     Plaintiff and its attorneys have been informed that payment of the settlement amount

23   may take 90 days or more to process.

24        14.     The parties agree that the District Court shall retain jurisdiction over this matter for

25   the purposes of resolving any dispute alleging a breach of this agreement.

26        15.     Each party acknowledges that they have been represented by and have relied upon

27   independent counsel in negotiating, preparing and entering into this agreement and that they have

28   had the contents of this agreement fully explained by counsel and that they are fully aware of and

STIPULATION AND AGREEMENT FOR COMPROMISE AND SETTLEMENT
C 09-0414 SI                  3

1    understand all of the terms of the agreement and the legal consequences thereof.  It is further

2    acknowledged that the parties have mutually participated in the drafting of this agreement and it is

3    agreed that no provision herein shall be construed against any party hereto by virtue of the drafting

4    of this agreement.

5            16.     If any provision of this agreement shall be held invalid, illegal, or unenforceable, the

6    validity, legality, and enforceability of the remaining provisions shall not in any way be affected or

7    impaired thereby.

8            17.     This instrument shall constitute the entire agreement between the parties, and it is

9    expressly understood and agreed that this agreement has been freely and voluntarily entered into by

10   the parties hereto with the advice of counsel, who have explained the legal effect of this agreement.

11   The parties further acknowledge that no warranties or representations have been made on any

12   subject other than as set forth in this agreement.

13           18.     This agreement may not be altered, modified or otherwise changed in any respect

14   except in writing, duly executed by all of the parties or their authorized representatives.

15   Dated:__11 / 04 / 09__

16                                                      _____
                                                       AMCO INSURANCE COMPANY
17                                                     Plaintiff

18   Dated:__11 / 04 / 09__  By:

19                                                      _____
                                                       ROBERT B. HARKER
20                                                     Attorney for Plaintiff

21                                                     JOSEPH P. RUSSONIELLO
                                                       United States Attorney
22
23   Dated:__11 / 13 / 09__  By:                      _____
                                                       MELANIE L. PROCTOR
24                                                     Assistant United States Attorney
                                                       Attorneys for the Federal Defendant
25   ///

26   ///

27   ///

28

STIPULATION AND AGREEMENT FOR COMPROMISE AND SETTLEMENT
C 09-0414 SI                                    4

1    **PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT,**

2    **APPROVED AND SO ORDERED:**

3

4

5

6    Dated: _____

7                                                        SUSAN ILLSTON
                                                         United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND AGREEMENT FOR COMPROMISE AND SETTLEMENT
C 09-0414 SI                                    5